UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **COMMONWEALTH OF VIRGINIA, STATE OF ARIZONA, STATE OF CONNECTICUT, STATE OF NEW YORK,** and **STATE OF WASHINGTON,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION,**<br><br>*Defendants*. | Case No. 1:25cv1647 |

## PLAINTIFFS' NOTICE OF RELATED CASE

Notice is hereby given that the instant civil action is related to another civil action currently pending in this Court, styled as *Federal Trade Commission v. Zillow Group, Inc. et al*, No. 1:25-cv-01638 (E.D. Va.).

These cases involve identical issues of fact.

1

Dated: October 1, 2025

Respectfully submitted,

**FOR PLAINTIFF**
**COMMONWEALTH OF VIRGINIA:**

JASON S. MIYARES
Attorney General of Virginia

STEVEN G. POPPS
Chief Deputy Attorney General

THOMAS J. SANFORD
Deputy Attorney General
Civil Litigation Division

RICHARD S. SCHWEIKER, JR.
Senior Assistant Attorney General and Chief
Consumer Protection Section

  /s/ Tyler T. Henry
Tyler T. Henry
Senior Assistant Attorney General
Antitrust Unit
Virginia Bar No. 87621
Telephone: (804) 692-0485
Facsimile: (804) 786-0122
Email: thenry@oag.state.va.us

David C. Smith
Assistant Attorney General
Antitrust Unit

Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219

*Counsel for Plaintiff Commonwealth of Virginia, and local counsel for the states of Arizona, Connecticut, New York, and Washington*

**FOR PLAINTIFF
STATE OF ARIZONA:**

KRISTIN K. MAYES
Attorney General of Arizona

/s/ Connor B. Nolan
(*pro hac vice* forthcoming)

CONNOR B. NOLAN
Office of the Arizona Attorney General
Consumer Protection & Advocacy Section
2005 N. Central Avenue
Phoenix, AZ 85004
Telephone: (602) 542-3725
Fax: (602) 542-4377
Connor.Nolan@azag.gov

*Attorney for Plaintiff State of Arizona*

**FOR PLAINTIFF
STATE OF CONNECTICUT:**

WILLIAM TONG
Attorney General of Connecticut

JEREMY PEARLMAN
Associate Attorney General

NICOLE DEMERS
Deputy Associate Attorney General

/s/ *Julián A. Quiñones Reyes*
(*pro hac vice* forthcoming)

JULIÁN A. QUIÑONES REYES
Assistant Attorney General
Office of the Connecticut Attorney General
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5030
Email: Julian.Quinones@ct.gov

*Attorney for Plaintiff State of Connecticut*

**FOR PLAINTIFF
STATE OF NEW YORK:**

LETITIA JAMES
Attorney General of the State of New York

/s/ *Elinor Hoffmann*
(*pro hac vice* forthcoming)

ELINOR R. HOFFMAN
Chief, Antitrust Bureau
CHRISTOPHER D'ANGELO
Chief Deputy Attorney General
Economic Justice Division
AMY McFARLANE
Deputy Bureau Chief, Antitrust Bureau
MARIA LUISA DI LAURO
Assistant Attorney General
MICHAEL SCHWARTZ
Assistant Attorney General

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-8269
Email: Elinor.Hoffmann@ag.ny.gov

*Counsel for Plaintiff State of New York*

**FOR PLAINTIFF
STATE OF WASHINGTON:**

NICHOLAS W. BROWN
Attorney General of Washington

JONATHAN A. MARK
Antitrust Division Chief

/s/ Tyler W. Arnold
(*pro hac vice* forthcoming)

AMY N.L. HANSON
Senior Managing Assistant Attorney General

4

TYLER W. ARNOLD
Assistant Attorney General
Antitrust Division
Washington State Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Email: amy.hanson@atg.wa.gov
Email: tyler.arnold@atg.wa.gov
Tel: 206-464-5419 (Hanson)
Tel: 206-464-7030 (Arnold

*Attorneys for Plaintiff State of Washington*