IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et. al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ZILLOW GROUP, INC., ZILLOW, INC., and REDFIN CORPORATION, | ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:25-cv-1647

### ORDER

Before the Court is the Parties' Joint Motion to Stay Proceedings, [Doc. No. 48], (the "Motion"). Upon consideration of the Motion, it is hereby

**ORDERED** that the Motion, and the same hereby, be GRANTED and all deadlines in this action are stayed for the shorter of (i) 40 days from the date of this Order or (ii) the pendency of the current United States government lapse of appropriations; and it is further

**ORDERED** that the parties meet and confer as soon as practicable after the government resumes normal operations regarding appropriate new deadlines and provide the Court with a revised proposed scheduling order.

**ORDERED** that upon the end of the stay granted herein, the Parties shall meet and confer regarding appropriate new deadlines and provide the Court with a revised proposed scheduling order. For the avoidance of doubt, the Defendants' time to file an answer or responsive brief shall be tolled during the pendency of this stay.

The Clerk is directed to forward copies of this Order to all counsel of record.

November 3, 2025
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge

1