IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

COMMONWEALTH OF VIRGINIA,
STATE OF ARIZONA,
STATE OF CONNECTICUT,
STATE OF NEW YORK, and
STATE OF WASHINGTON,

     *Plaintiffs*,

     v.

ZILLOW GROUP, INC.,
ZILLOW, INC., and
REDFIN CORPORATION,

     *Defendants*.

Case No. 1:25-cv-01647 (AJT/WBP)

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Consolidate (the "Motion"). Upon consideration of the Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion, and the same hereby, be GRANTED and this action shall be consolidated for all purposes with *FTC v. Zillow Group, Inc.*, 25-cv-1638 (E.D. Va.) (the "FTC Action"). Absent further order from the Court, all future filings in this action shall be made exclusively on the FTC Action docket.

**SO ORDERED**:

November 26, 2025
Alexandria, Virginia

_____
Anthony J. Trenga
United States District Judge